# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:17-cv-00011-FDW-DSC

| | |
|---|---|
| Guadalupe Jacquez, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | **Consent Order** |
| Nancy A. Berryhill, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,864.73 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff, the sum of $3,864.73 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**SO ORDERED**.

Signed: September 13, 2017

_David S. Cayer_
David S. Cayer
United States Magistrate Judge

**CONSENTED TO:**

| | |
|---|---|
| Date: August 28, 2017 | /s/ Amelia N. Patton |
| | Amelia N. Patton Bar Number: 31718 |
| | Attorney for Plaintiff |
| | Patton Law Offices, P.L.L.C. |
| | P.O. Box 565 |
| | 212 West Main Street |
| | Elkin, NC 28621 |
| | 336-844-2870 |
| | E-mail: apatton@pattonlawnc.com |
| Date: August 28, 2017 | /s/ Kathleen C. Buckner |
| | KATHLEEN C. BUCKNER |
| | Special Assistance United States Attorney |
| | Maryland Bar (No. N/A) |
| | Attorney for Defendant |
| | Social Security Administration |
| | Office of the General Counsel |
| | Room 617, Altmeyer Building |
| | 6401 Security Boulevard |
| | Baltimore, Maryland 21235 |
| | Telephone: 410-965-3202 |
| | Fax: 410-597-0137 |
| | Email: kathleen.buckner@ssa.gov |