IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:17-cv-00011-FDW-DSC

| | |
|---|---|
| GUADALUPE JACQUEZ, JR., )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>      Defendant. ) | ORDER |

Plaintiff's counsel filed a Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), seeking fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b) in the amount of $14,000.00. Attorney's fees under Section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff was previously awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,864.73 (ECF No. 16).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $14,000.00. Plaintiff's counsel shall refund to Plaintiff the $3,864.73 EAJA award.

      **SO ORDERED**.      Signed: August 24, 2018

_____
David S. Cayer
United States Magistrate Judge